UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNESTINE M. MOORE

Plaintiff,

-against-

LEON TRANS INC. et al.

Defendants.

26-CV-03315 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On August 21, 2026, I ordered the parties to file an update on the status of discovery on the first business day of each month, including on September 1, 2026. (*See* ECF 15.) The parties have not complied.

Accordingly, I am sua sponte extending the deadline for the parties to file their joint status update nunc pro tunc until **November 6, 2026.**

DATED: November 4, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge